**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, an individual,

              Plaintiff,                     CASE NO.: 1:24-cv-20191-WPD

vs.

ASHFORD TRS CORAL GABLES LLC d/b/a
HYATT REGENCY CORAL GABLES,
a Delaware corporation,

              Defendant.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff, JESUS GONZALEZ, by and through undersigned counsel, hereby notifies the

Court that the parties have reached a settlement agreement in this matter, and anticipate filing final

dismissal paperwork within thirty (30) days.

DATED this 3rd day of October, 2024.


                     Respectfully Submitted,


*/s/ Joshua M. Entin*
Joshua M. Entin, Esq.
Entitn Law Group, P.A.
Fla. Bar No. 0493724
1213 SE 3rd Avenue
Ft. Lauderdale, FL 33316
Ph: (954) 761-7201
josh@entinlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

**DAWN M. RAPOPORT, ESQUIRE**
Florida Bar No. 13176
DAWN M. RAPOPORT, P.A.
1314 East Las Olas Blvd., #121
Ft. Lauderdale, Florida 33301
Telephone: (305) 754-333-1105
E-mail: dawn@rapoportlawgroup.com
*Attorneys for Defendant*

/s/ Joshua M. Entin, Esq._____
*Attorney for Plaintiff*