UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESUS GONZALEZ, an individual,

            Plaintiff,                   CASE NO.: 1:24-cv-20191-WPD

vs.

ASHFORD TRS CORAL GABLES LLC d/b/a
HYATT REGENCY CORAL GABLES,
a Delaware corporation,

            Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JESUS GONZALEZ, by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to all claims in this matter against Defendant, ASHFORD TRS CORAL GABLES LLC d/b/a HYATT REGENCY CORAL GABLES, with each party to bear its own attorney's fees and costs except as otherwise set forth in the Parties' Confidential Settlement Agreement.

Respectfully Submitted,

*/s/ Joshua M. Entin*
Joshua M. Entin, Esq.
**ENTIN LAW GROUP, P.A.**
Fla. Bar No. 0493724
1213 SE 3rd Avenue
Ft. Lauderdale, FL 33316
Ph: (954) 761-7201
Email: josh@entinlaw.com
***Co-Counsel for Plaintiff***

1

By: */s/Nolan Klein*
Nolan Klein, Esq.
Florida Bar No.: 647977
**LAW OFFICES OF NOLAN KLEIN, P.A.**
5550 Glades Road, Suite 500
Ft. Lauderdale, Florida 33301
Tel: 954-745-0588
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joshua M. Entin, Esq.*
*Co-Counsel for Plaintiff*

## SERVICE LIST

**DAWN M. RAPOPORT, ESQUIRE**
Florida Bar No. 13176
DAWN M. RAPOPORT, P.A.
1314 East Las Olas Blvd., #121
Ft. Lauderdale, Florida 33301
Telephone: (305) 754-333-1105
E-mail: dawn@rapoportlawgroup.com
*Attorneys for Defendant*