UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESUS GONZALEZ, an individual,

        Plaintiff,               CASE NO.: 1:24-cv-20191-WPD

vs.

ASHFORD TRS CORAL GABLES LLC d/b/a
HYATT REGENCY CORAL GABLES,
a Delaware corporation,

        Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JESUS GONZALEZ and Defendant, ASHFORD TRS CORAL GABLES LLC, d/b/a HYATT REGENCY CORAL GABLES (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement.

Respectfully Submitted,

<table>
<tr>
<td>

*By: /s/ Nolan Klein*
Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
Fla. Bar No. 647977
5550 Glades Road, Ste. 500
Boca Raton, FL 33431
Ph: (954) 745-0588
Fax: (877) 253-1691
Email: klein@nklegal.com
***Attorneys for Plaintiff***

</td>
<td>

*By: /s/ Dawn M Rapoport*
Dawn M. Rapoport, Esq.
Dawn M. Rapoport, P.A.
Fla. Bar No. 13176
1314 East Las Olas Blvd., #121
Fort Lauderdale, FL 33301
Ph: (754) 333-1105
Email: dawn@rapoportlawgroup.com
***Attorneys for Defendant***

</td>
</tr>
</table>

By: /s/ *Joshua M. Entin*
Joshua M. Entin, Esq.
Florida Bar No. 493724
Entin Law Group, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 761-7201
Email: josh@entinlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Joshua M. Entin*
Joshua M. Entin, Esq.