UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-20191-CIV-DIMITROULEAS

JESUS GONZALEZ,

     Plaintiff,

vs.

ASHFORD TRS CORAL GABLES, LLC.

     Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 18] (the "Stipulation"), filed on October 23, 2024. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 18] is **APPROVED**. All parties shall bear their own attorneys' fees, costs, and expenses unless otherwise agreed.

2. All claims are hereby **DISMISSED WITH PREJUDICE**;

3. The Clerk is **DIRECTED** to **CLOSE** this case and DENY all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of October, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record